UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Cathy Perez<br><br>Plaintiff,<br><br>v.<br><br><br>William Alexander & Associates, Inc., et al.<br><br>Defendants. | Civ. Action No. 17-1979 (JMV)<br><br><br><br><br>**Order for dismissal<br>Pursuant to F.R. Civ. P. 4(m)** |

**John Michael Vazquez, U.S.D.J.**

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 17th day of April, 2018,

**O R D E R E D** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

/s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.